# Order

Michigan Supreme Court
Lansing, Michigan

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154124 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

           SC: 154124
           COA: 331674
           Wayne CC: 06-006682-FC
MAXIE LEE SMILES,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the June 2, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017       

a1212               Clerk